[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

No. 05-15385
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 1, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 01-00042-CR-1-MMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES NATHANIEL PLATER,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

**(March 1, 2006)**

Before CARNES, MARCUS and WILSON, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for James Nathaniel Plater in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct. Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and the revocation of Plater's

supervised release and resulting sentence are **AFFIRMED**.